**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  LAMONT MCFARLAND
       DORIS FULLER                           Case Number: 18-44121
                                                          Chapter 13
                         Debtor(s)               Judge MARK A. RANDON

_____/

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
 (248) 443-7033
_____/

**<u>OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY
(CLAIM #16-2)</u>**

      Debtor(s), by and through their counsel, Acclaim Legal Services, P.L.L.C., objects to the claim of Creditor and state as follows:

1. Debtor filed a Chapter 13 Bankruptcy on March 23, 2018.

2. Creditor, Michigan Department of Treasury, filed an amended proof of claim on August 15, 2018 (Claim #16-2).

3. Creditor's claim includes estimated liabilities owed to the State of Michigan and the City of Detroit for the 2017 tax year. The claim purports an estimated priority liability owed to the State of Michigan for the 2017 tax year in the amount of $5,000.00 and an estimated priority liability owed to the City of Detroit for the 2017 tax year in the amount of $1,000.00.

4. Debtor has filed his 2017 State of Michigan and City of Detroit tax returns which reflect no liability owed to the State of Michigan and a liability of $467.00 owed to the City of Detroit. Copies have previously been forwarded to Creditor. Creditor has not amended their proof of claim accordingly.

5. As such the priority portion of creditors claim should be calculated for the 2017 tax year as follows:
   1. 2017 State of Michigan liability reduced from $5,000.00 to $0.00
   2. 2017 City of Detroit liability reduced from $1,000.00 to $467.00

   This would result in a reduction of creditor's priority portion of their claim by $5,533.00.

6. As such, the priority portion of creditors claim should be reduced from a total of $9,488.41 to $3,955.41.

Wherefore, Debtor requests the Court grant the objection and modify the claim as set forth in the proposed order.

                                                        Respectfully Submitted,

                                                        <u>/s/ Brian D. Rodriguez</u>
                                                        Brian D. Rodriguez (P57194)
                                                        Acclaim Legal Services, PLLC
                                                        **8900 E. 13 Mile Road**
                                                        **Warren, MI 48093**
                                                        248-443-7033
                                                        Filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: LAMONT MCFARLAND
DORIS FULLER

Case Number: 18-44121
Chapter 13
Judge MARK A. RANDON

Debtor(s)

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## NOTICE OF OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #16-2)

Debtors, Lamont McFarland and Doris Fuller, have filed an objection to the claim in this bankruptcy case.

Your claim may be reduced, modified or denied. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before January 9, 2019, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position at:

    United States Bankruptcy Court
    211 West Fort Street
    17th Floor
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleading electronically.

You must also mail a copy to:   **William D. Johnson**
**Acclaim Legal Services**
**8900 E. 13 Mile Rd.**
**Warren, MI 48093**

**Krispen S. Carroll, Chapter 13 Trustee**
**719 Griswold Street, Suite 1100**
**Detroit, MI 48226**

**Lamont McFarland & Doris Fuller**
**17616 Beland**
**Detroit, MI 48234**

2. Attend a hearing on the objection, scheduled to be held on January 16, 2019 at 12:00 p.m. in The Honorable Judge Mark A. Randon's courtroom at 211 West Fort Street, 18th Floor, Detroit, MI 48226, courtroom 1825 unless your attendance is excused by mutual agreement between yourself and the objector's attorney (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-

trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

**Dated: 11/14/2018**  /s/ Brian D. Rodriguez
Brian D. Rodriguez (P57194)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033
Filing@acclaimlegalservices.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: LAMONT MCFARLAND
       DORIS FULLER  
                      Debtor(s)

Case Number: 18-44121  
Chapter 13  
Judge MARK A. RANDON

_____

WILLIAM D. JOHNSON (P54823)  
ACCLAIM LEGAL SERVICES, P.L.L.C.  
8900 E. 13 Mile Rd.  
Warren, MI 48093  
(248) 443-7033  
_____/

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #16-2)

This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a (30) day notice pursuant to Bankruptcy Rule 3007, a Notice of Objection having been served and a certificate of non-response having been filed with the court;

NOW THEREFORE IT IS HEREBY ORDERED THAT;

The objection to the Proof of Claim filed by the above referenced creditor is hereby granted. To the extent that the Standing Chapter 13 Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup the same.

IT IS FURTHER ORDERED AS FOLLOWS: (Only provisions checked below apply)

[X]    The priority portion of the Claim of the Internal Revenue Service (Claim #16-2) shall be reduced to $3,955.41.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  LAMONT MCFARLAND
        DORIS FULLER                                 Case Number:  18-44121
                                                                       Chapter 13
                            Debtor(s)           Judge MARK A. RANDON

_____
WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
 (248) 443-7033
_____/

## PROOF OF SERVICE

Leanna Sikes, hereby certifies that on 11/14/2018, she served a time-stamped copy of the following documents electronically or by United States Postal Service:

- Notice of Objection to Claim

And a copy of :
- Proof of service

Upon:
**Krispen S. Carroll, Chapter 13 Trustee**

**Preferred Address Pursuant to Proof of Claim:**

Michigan Department of Treasury
Bankruptcy Unit, P.O. Box 30168
Lansing, MI 48909

Via:  First Class Mail

Dated :  November 14, 2018

                                              /s/ Leanna Sikes
                                              Acclaim Legal Services, PLLC
                                              **8900 E. 13 Mile Road**
                                              **Warren, MI 48093**
                                              248-443-7033
                                              Filing@acclaimlegalservices.com