UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **LAMONT MCFARLAND**
      **DORIS FULLER**  Case Number: 18-44121-MAR
  Chapter 13
Debtor.  Judge RANDON

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## CERTIFICATE OF NO RESPONSE
## TO DEBTOR'S OBJECTION TO PROOF OF MICHIGAN DEPARTMENT OF TREASURY PACER CLAIM # 16

    Brian D. Rodriguez, being first duly sworn, deposes and says that I am the attorney for the Debtor; a Notice of Objection to the Proof of Claim filed by Michigan Department of Treasury Pacer Claim #16, Objection to Proof of Claim, proposed Order and Proof of Service were mailed out to Creditor and the Chapter 13 Trustee, and no objections have been properly filed with the Court.

Dated: January 10, 2019  /s/ Brian D. Rodriguez
  Brian D. Rodriguez (P57194)
  Acclaim Legal Services, PLLC
  8900 E. 13 Mile Road
  Warren, MI 48093
  (248) 443-7033
  Filing@acclaimlegalservices.com